## NO. <u>3:15-CV-02935-B</u>

| | | |
|---|---|---|
| **MALLORY MEYER, AS EXECUTOR OF THE ESTATE OF JAMES EVERETT MEYER** <br> **Plaintiff,** | § <br> § <br> § <br> § <br> § | **IN THE UNITED STATES DISTRICT COURT** |
| **V.** | § <br> § <br> § | **FOR NORTHERN DISTRICT OF** |
| **CITY OF MAYPEARL AND KEVIN COFFEY** <br> **Defendants.** | § <br> § <br> § <br> § | **TEXAS DALLAS DIVISION** |

## <u>PLAINTIFF'S MOTION FOR CONTINUANCE</u>

### TO THE HONORABLE JUDGE OF SAID COURT:

**NOW COMES** Plaintiff, Mallory Meyer, as Executor of the Estate of JAMES EVERETT MEYER, Movant herein, and brings this Motion for Continuance, and in support hereof, shows the court the following:

I.

This case is set for trial on October 17, 2016. The Plaintiff requests a continuance of the Scheduling Order, to include the reset of all pre-trial deadlines and trial date. The parties have engaged in discovery; however additional discovery time is needed to effectuate meaningful progress toward resolution or preparation for trial.

II.

This continuance is not sought for delay only, but that justice may be done. The Ellis County District Clerk records indicate that Co-Defendant Kevin Coffey had a final pre-trial setting for his pending criminal matter set for July 7, 2016. Plaintiff has previously requested a copy of the Texas Rangers report involving Co-Defendant Coffey, but was told that the Ellis County District Attorney's Office will not provide the report until the criminal case against

Coffey has concluded. We believe crucial discovery material which would be helpful to the Plaintiff and Defense is included in this report.

**WHEREFORE, PREMISES CONSIDERED,** Plaintiff, Mallory Meyer, as Executor of JAMES EVERETT MEYER, Movant herein, requests this Court to grant this Motion for Continuance and to continue this case for at least 180 days, and for such other and further relief that may be awarded at law or in equity.

Respectfully submitted,

By: _____

Andrea M. Hunter
Texas Bar No. 24059984
Email: andrea@justicerequired.com
300 Burnett Street, Suite 130
Fort Worth, TX 76102
Tel. (817) 717-2827
Fax. (817) 717-2838

Attorney for Plaintiff
Mallory Meyer, as Executor of JAMES EVERETT MEYER

_____
Mallory Benham (Meyer)

## CERTIFICATE OF SERVICE

I certify that on July 18, 2016 a true and correct copy of Plaintiff's Motion for Continuance was served to each person listed below by the method indicated.

ANDREA M. HUNTER

E-mail:  andrea@justicerequired.com

Darrell G-M Noga
Attorney for City of Maypearl
Cantey Hanger, LLP
1999 Bryan Street
Suite 3300
Dallas, Texas  75201
TEL:  214-978-4100
FAX:  214-978-4150
E-mail:  dnoga@canteyhanger.com
Date: July 18, 2016  Time: 3:05 p.m.
Document was Electronically Served, and
Electronic Transmission was Reported as Complete.

Bryan David
Attorney for City of Maypearl
Cantey Hanger, LLP
1999 Bryan Street
Suite 3300
Dallas, Texas  75201
TEL:  214-978-4100
FAX:  214-978-4150
E-mail:  bdavid@canteyhanger.com
Date: July 18, 2016  Time: 3:05 p.m.
Document was Electronically Served, and
Electronic Transmission was Reported as Complete.

## CERTIFICATE OF CONFERENCE

I certify that I have conferred, or made a reasonable attempt to confer, with all other parties which are listed below about the merits of this motion with the following results:

City of Maypearl          Bryan David

opposes motion as to the City of Maypearl, unopposed as it

pertains to co-defendant Kevin Coffey

Kevin Coffey          has been mailed a copy of this motion as he is in custody.

_____

Andrea M. Hunter

_____

July 18, 2016