

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

MALLORY MEYER, INDIVIDUALLY
AND AS DAUGHTER AND PERSONAL
REPRESENTATIVE OF THE ESTATE
OF JAMES EVERETT MEYER,
DECEASED.
　　　　PLAINTIFF

VS

KEVIN COFFEY INDIVIDUALLY &
AS AN AGENT/EMPLOYEE OF THE
MAYPEARL POLICE DEPARTMENT
&/OR THE CITY OF MAYPEARL, TEXAS
　　　　DEFENDANTS

§§§§§§§§§§§§§

CIVIL ACTION NO.
3:15-cv-02935-B

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
SEP 27 2016
CLERK, U.S. DISTRICT COURT
By _____ Deputy

DEFENDANT KEVIN COFFEY'S RESPONSE TO PLAINTIFF MALLORY MEYER AND THE ESTATE OF JAMES EVERETT MEYER'S MOTION TO DISMISS CLAIMS WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(2).

ON AUGUST 10, 2016, PLAINTIFFS FILED A MOTION TO DISMISS THEIR CLAIMS WITHOUT PREJUDICE. ALTHOUGH DEFENDANT KEVIN COFFEY DOES NOT OBJECT TO THE DISMISSAL OF PLAINTIFF'S CLAIMS, DEFENDANT KEVIN COFFEY DOES OBJECT TO

THE DISMISSAL OF THE CLAIMS WITHOUT PREJUDICE. ON JULY 15, 2016 THE CITY FILED A MOTION TO DISMISS PURSUANT TO RULE 12(c) ASSERTING, AMONG OTHER THINGS, THAT PLAINTIFFS CLAIMS WERE BARRED BY THE TWO-YEAR STATUTE OF LIMITATIONS, THAT PLAINTIFFS HAVE FAILED TO IDENTIFY AN OFFICIAL POLICY IN SUPPORT OF THEIR MUNICIPAL-LIABILITY CLAIMS, AND THAT PLAINTIFFS NEGLIGENT HIRING AND SUPERVISION CLAIM IS INVALID UNDER §1983 AS A MATTER OF LAW, AND WITH REGARD TO DEFENDANT KEVIN COFFEY PLAINTIFF HAS FAILED TO PROVIDE ANY EVIDENCE OF HARRASMENT TO EITHER THE PLAINTIFF OR JAMES EVERETT MEYER. THAT MOTION REQUESTED A DISMISSAL OF PLAINTIFFS CLAIMS <u>WITH PREJUDICE</u> AND PLAINTIFFS NEVER RESPONDED TO THAT MOTION DESPITE THE PASSAGE OF THE DEADLINE. ADDITIONALLY DEFENDANT KEVIN COFFEY WOULD POINT OUT THAT ALL OF THE SUBSTANTIVE DEADLINES IN THE S̶...̶ SCHEDULING ORDER HAVE PASSED WITH THE EXCEPTION OF TH̶E̶ PRE-TRIAL DEADLINES. THUS THIS CASE HAS BEEN THROUGH A FULL DISCOVERY PERIOD.

ACCORDINGLY, THE ~~CITY RESP~~ DEFENDANT KEVIN COFFEY R̶F̶ RESPECTFULLY REQUESTS THAT THIS CASE BE DISMISSED <u>WITH PREJUDICE</u> AS TO THE DEFENDANT KEVIN COFFEY. THE DEFENDANT KEVIN COFFEY FURTHER REQUESTS ANY ADDITIONAL RELIEF TO WHICH HE IS JUSTLY ENTITLED.

RESPECTFULLY SUBMITTED,

KMC/
KEVIN M. COFFEY

COFFEY 272815
WMDC
300 S JACKSON
WAXAHACHIE, TX 75165

NORTH TEXAS TX PDCC
DALLAS TX 750
23 SEP 2016 PM 6 L

CLERK OF COURT
U.S. DISTRICT COURT FOR NORTHERN DIST. OF TEXAS
DALLAS DIVISION
1100 COMMERCE ST. ROOM #1452
DALLAS, TEXAS 75242

PRIVILEGED LEGAL MAIL