

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
APR - 5 2017
CLERK, U.S. DISTRICT COURT
By _____
        Deputy

Kevin Michael Coffey
2017-00358
Jack Harwell Detention Center
3101 East Marlin Highway
Waco, Texas 76705

Clerk of Court – Judge Boyle's Court
United States District Court for North District of Texas
Dallas Division
1100 Commerce Street Room 1452
Dallas, Texas 75242

March 30, 2017

   I am a defendant in Civil Action 3:15-cv-02935-B, Meyer v. City of Maypearl, Kevin Coffey, et al. On March 8th I was transferred to a different location and and submitting my new correct mailing address to the Court. If you have mailed anything to me after March 8th please be advised I did not receive it. My correct address now is;

Kevin Michael Coffey
2017-00358
Jack Harwell Detention Center
3101 East Marlin Highway
Waco, Texas 76705

   Please update your records to reflect the change, thank you for your time and attention.

Cordially,

*/s/ Kevin M. Coffey*

Kevin M. Coffey

COFFEY 20170035%
JWDC
3101 E. MARLIN HWY
WACO TX 76705

**INMATE MAIL**

NORTH TEXAS TX PRDC
DALLAS TX 750
31 MAR 2017 PM 5 L

RECEIVED-3
MAILROOM
APR 5

U.S. DIST. COURT FOR N. DIST. OF TEXAS
DALLAS DIVISION
1100 COMMERCE ST, ROOM 1452
DALLAS, TX 75242

75242-131052