IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| MALLORY MEYER, Individually and as Daughter and Personal Representative of the Estate of JAMES EVERETT MEYER, deceased,<br>　　　　Plaintiff,<br>vs.<br><br>KEVIN COFFEY, Individually and as an Agent/Employee of the MAYPEARL POLICE DEPARTMENT, and/or THE CITY OF MAYPEARL, TEXAS,<br>　　　　Defendants. | § § § § § § § § § § § § § § |

CIVIL ACTION NO. 3:15-cv-02935-B

## PLAINTIFFS' MALLORY MEYER AND THE ESTATE OF JAMES EVERETT MEYER STIPULATION TO DISMISS CLAIMS WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)(a)(ii)

Pursuant to Rule 41(a)(ii) of the Federal Rules of Civil Procedure, Plaintiffs Mallory Meyer and the estate of James Everett Meyer file this Motion to Dismiss their claims against the all defendants, in this case to include Kevin Coffey, individually and as an Agent/Employee of the Maypearl Police Department, with prejudice to reinstate. The parties agree that each party shall bear its own costs and attorneys' fees in connection with the this matter.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　/s/ Selim Fiagome
　　　　　　　　　　　　　　　　**SELIM K. FIAGOME**
　　　　　　　　　　　　　　　　State Bar No. 24082475

　　　　　　　　　　　　　　　　**FIAGOME LAW FIRM PLLC**
　　　　　　　　　　　　　　　　990 HWY 287 N. Suite 106 # 195
　　　　　　　　　　　　　　　　Mansfield, Texas 76063
　　　　　　　　　　　　　　　　817-962-2221 (Office)
　　　　　　　　　　　　　　　　817-962-2474 (Fax)
　　　　　　　　　　　　　　　　sfiagome@fiagomelaw.com

ANDREA M. HUNTER
**HUNTER LAW FIRM PLLC**
Texas Bar No. 24059984
Email: andrea@justicerequired.com
300 Burnett Street, Suite 130
Fort Worth, Texas 76102
(817) 717-2827
(817) 717-2838 FAX

**ATTORNEYS FOR PLAINTIFFS**

_/s/ (signature)_
**KEVIN COFFEY**
**Jack Harwell Detention Center**
**3101 Marlin Highway**
**Waco, TX 76705**

**PRO SE DEFENDANT**

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that on ___August 4, 2017___, a true and correct copy of the foregoing was filed with the Clerk of the Court via the CM/ECF system and sent to Defendants via electronic service, in accordance with the Federal Rules of Civil Procedure.
Dallas, Texas 75201

**Via USPS Mail**
KEVIN COFFEY
No. 2017-00358
Jack Harwell Detention Center
3101 Marlin Highway
Waco, TX 76705

PRO SE DEFENDANT

/s/ Selim Fiagome