9/9/17

RECEIVED
SEP 14 2017
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

TO WHOM IT MAY CONCERN,

I WAS A CO-DEFENDANT IN CIVIL CAUSE # 3:15-CV-02935-B, MEYER V. CITY OF MAYPEARL, KEVIN COFFEY, et al.

I HAVE NOT HEARD ANYTHING ON THE STATUS OF THIS CASE SINCE MARCH 2017. I AM IN PRISON & HAVE NO ACCESS TO ELECTRONIC FILINGS OR EMAIL. CAN YOU PLEASE TELL ME THE STATUS AND/OR FINAL DISPOSITION IN THIS CASE. THANK YOU.

K. COFFEY 2142168
938 S. FM 1673
SNYDER, TX 79549

K. COFFEY 2142168
938 S FM 1673
SNYDER, TX 79549

LEGAL MAIL - ATT. COURT CLERK, JUDGE BOYLES COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION
1100 COMMERCE ST., RM 1452
DALLAS, TX 75242

RECEIVED-1
SEP 14 2017

# United States District Court
## Northern District of Texas

*Dallas Division*

September 14, 2017

Kevin Coffey #2142168
Daniel Unit
938 S FM 1673
Snyder, Texas 79549


Re: Your correspondence received in the U.S. District Clerk's Office on 09/14/2017
Case No./Style: 3:15-CV-02935

Dear Kevin Coffey,

Enclosed is a courtesy copy of the docket sheet for your case referenced above. However, for future requests, please be advised that copies of docket sheets and/or documents require prepayment of the copy expense, currently $0.50 per page.




Sincerely,

Deputy Clerk - ALA